**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JOSE YANZAGUANO-PARRA,**<br>**Petitioner,**<br>**v.**<br>**LUIS SOTO, et al.,**<br>**Respondents.** | **Civil Action No. 26-12470 (SDW)**<br><br>**ORDER** |

This matter comes before this Court on Petitioner Jose Yanzaguano-Parra's petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (ECF No. 1), Respondents' answer in opposition (ECF No. 5), and Petitioner's reply (ECF No. 7). For the reasons set forth in the accompanying Opinion filed herewith,

**IT IS** on this 7th day of October, 2026

**ORDERED** that the Petitioner's challenge to the reinstatement of his final order of removal is **SEVERED** from his medical care claims; and it is further

**ORDERED** that the challenge to the reinstatement of the final order of removal shall be **TRANSFERRED** to the United States Court of Appeals for the Third Circuit as a petition for review, 8 U.S.C. § 1252; 28 U.S.C. § 1631; and it is further

**ORDERED** that with **three (3)** days of this Order, Respondents shall file an expedited supplemental answer to Petitioner's medical care claims.

Hon. Susan D. Wigenton,
United States District Judge